# CASES DISMISSED BEFORE THE CLERK.

A. D. L. Lindsay, Plaintiff in Error, v. The State of Flor-ida, Defendant in Error.

Writ of Error to a Judgment of the Circuit Court for Santa Rosa County.

Writ of Error dismissed on praecipe of counsel for Plaintiff in Error, January 1, 1915.

H. S. Land, for Plaintiff in Error.

---

Manatee County, *et al.,* Appellants, v. J. H. Lord, Appellee.

Appeal from a Decree of the Circuit Court for Manatee County.

Appeal dismissed on praecipe of counsel for Appellants, December 17, 1914.

Cary B. Fish and C. T. Curry, for Appellants;

Singeltary & Reaves, for Appellee.

---

Southern Menhaden Company, a Corporation, Appellant, v. H. W. How, *et al.,* Appellees.

Appeal from a Decree of the Circuit Court for Duval County.

Appeal dismissed on praecipe of counsel for Appellant, November 23, 1914.

Daniel & Boggs, for Appellant;

L. S. Gauldin and F. B. Noble, for Appellees.